# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION, COLUMBUS

| | | |
|---|---|---|
| VINCENT ROSS GRIFFIN,<br>    Petitioner, | : | Case No. 2:05-cv-88 |
| | : | Judge Smith |
| v. | : | Magistrate Judge Abel |
| **MARC C. HOUK, Warden,**<br>    Respondent. | : | |

## **ORDER**

Petitioner's February 10, 2005 motion to compel (doc. 4) is DENIED. Petitioner's filing subsequent to this motion demonstrate that he has received all Orders, motions, and pleadings filed in this action.

Under the provisions of 28 U.S.C. §636(b)(1)(A), Rule 72(a), Fed. R. Civ. P., and Eastern Division Order No. 91-3, pt. F, 5, either party may, within ten (10) days after this Order is filed, file and serve on the opposing party a motion for reconsideration by the District Judge. The motion must specifically designate the Order, or part thereof, in question and the basis for any objection thereto. The District Judge, upon consideration of the motion, shall set aside any part of this Order found to be clearly erroneous or contrary to law.

s/Mark R. Abel
United States Magistrate Judge